IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN V. BAUTISTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN RANDY GROUNDS, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 10-1008 SBA (PR)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order of today's date dismissing the complaint, a judgment of DISMISSAL with prejudice is hereby entered. 28 U.S.C. § 1915A.

　　IT IS SO ORDERED.

DATED: 11/9/10

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.10\Bautista6054.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ESTEBAN V BAUTISTA,

        Plaintiff,

  v.

RANDY GROUNDS et al,

        Defendant.

Case Number: CV10-01008 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Esteban V. Bautista J-76765
Correctional Training Facility-Central
P.O. Box 689
Soledad, CA 93960-0689

Dated: November 10, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Bautista6054.jud.wpd    2